CALISTA E. JONES, RESPONDENT, *v.* PETER D. CARROLL, APPELLANT.

APPEAL from a judgment entered at the Yates County Circuit, in an action for trespass. The judge directed a verdict for the plaintiff, and for nominal damages. The General Term, after a review of the evidence, affirmed the judgment.

*D. B. Prosser,* for the appellant.

*Ch. G. Judd,* for the respondent.

Opinion by E. D. SMITH, J.

Present — MULLIN, P. J., SMITH and TALCOTT, JJ.

Judgment affirmed.

---

GEORGE O. TOWNSEND, APPELLANT, *v.* ROBERT BISSELL, RESPONDENT.

APPEAL from a judgment in favor of ·the defendant.. The action was in trespass for pulling down a wall constructed by plaintiff shortly before. The court was of opinion that the *locus in quo* was a lane, running between the premises of the respective parties, and had been used as such for more than fifty years, and that the plaintiff had no such possession as justified his bringing the action.

*A. B. Moore,* for the appellant.

*D. O'Brien,* for the respondent.

Opinion by GILBERT, J.